DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. MILLER

No. 354P91

Case below: 103 N.C.App. 394

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.

STATE v. MOORE

No. 311P91

Case below: 103 N.C.App. 87

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.

STATE v. NEUMANN

No. 261P91

Case below: 103 N.C.App. 172

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.

STATE v. PHILLIPS

No. 355P91

Case below: 102 N.C.App. 824

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.

STATE EX REL. COMR. OF INS. v. N.C. RATE BUREAU

No. 266PA91

Case below: 102 N.C.App. 824
329 N.C. 504

Petition by defendant for reconsideration of the petition for discretionary review dismissed 2 October 1991.